NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES NATHANIEL DOUSE,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2023-1567

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-6678, Judge Michael P. Allen.

---

**ON MOTION**

---

**O R D E R**

James Nathaniel Douse moves "to close and or dismiss" this case, ECF No. 15 at 1, which this court construes as a motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. The Secretary of Veterans Affairs responds stating he does not oppose each party bearing its own costs.

Upon consideration thereof,

2                                                    DOUSE v. MCDONOUGH

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side to bear its own costs.

FOR THE COURT

May 1, 2023                              /s/ Peter R. Marksteiner
Date                                     Peter R. Marksteiner
                                         Clerk of Court

ISSUED AS A MANDATE:  May 1, 2023